IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PETE MARTINEZ AND, <br> GLADYS TREVINO <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 7:16-cv-621 |
| CERTAIN UNDERWRITERS AT <br> LLOYD'S, LONDON, and <br> LUIS F. MILLER <br> Defendant. | § § § § § | |

## JOINT AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE RICARDO HINOJOSA:

COME NOW Plaintiffs Pete Martinez and Gladys Trevino and Defendant Certain Underwriters at Lloyd's London who, pursuant to Federal Rule of Civil Procedure 41(a)(1) announce that a settlement agreement has been executed by the parties. Plaintiffs dismiss all of their claims with prejudice in the above captioned lawsuit, with each party to bear its own costs.

Respectfully submitted,

PHIPPS, LLP

By: _____
Martin J. Phipps
Texas Bar No. 00791444
Federal I.D. No. 30104
Marco Dax Flores
Texas Bar No. 24027251
Federal I.D. No. 2346566
PHIPPS, LLP
102 9th Street
San Antonio, Texas 78215
Telephone: 210.340.9877
Fax: 210.340.9899
E-Mail: mphipps@phippscavazos.com
E-Mail: mflores@phippsllp.com

1

**ATTORNEYS FOR PLAINTIFFS**
**PETE MARTINEZ and GLADYS TREVINO**

– AND –

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: /s/ Christopher W. Martin
    Christopher W. Martin
    E-Mail: martin@mdjwlaw.com
    State Bar No.: 13057620
    Federal I.D. 13515
    Martin, Disiere, Jefferson & Wisdom, LLP
    808 Travis Street, 20th Floor
    Houston, Texas 77002
    Telephone: (713) 632-1700
    Facsimile: (713) 222-0101

**ATTORNEY-IN-CHARGE FOR DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S LONDON**

OF COUNSEL:

Of counsel:
Jamie P. Cooper
State Bar No. 24027603
Federal I.D. 34510
E-Mail: cooper@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

Nichole Wooten
E-Mail: wooten@mdjwlaw.com
State Bar No. 24070880
Federal I.D. 1447792
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700

Facsimile: (713) 222-0101

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2017 a true copy of this document was electronically filed and that the counsel of record noted below was designated as counsel to receive electronic service of all instruments filed herein.

*Via E-Service*
Martin J. Phipps
Blayne Fisher
Brennen S. Jenkins
Phipps LLP
The Phipps
102 9th Street
San Antonio, Texas 78215
Email: bfisher@phippsllp.com
Email: bjenkins@phippsllp.com
Email: jsaenz@phippsllp.com

Attorneys for Plaintiffs

/s/ Nichole Wooten
Nichole Wooten